UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE:<br><br>Jacoby Brooks, Sr<br>Merryann C Brooks<br><br>Debtor(s) | Case No.: 10 B 22826<br><br>Chapter: 13<br><br>Judge A. Benjamin Goldgar |
|---|---|

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Jacoby Brooks, Sr, Merryann C Brooks, Debtor(s), 1428 Lincoln Street, North Chicago, IL 60064
Kenneth Borcia, Attorney for Debtor(s), P.O. Box 447, Libertyville, IL 60048

You are hereby notified that debtor(s) is(are) due to JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MORTGAGE LLC for the contractual mortgage payment due 11/01/2011. As of the 03/12/2012 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 11/01/2011 through 03/12/2012 post-petition mortgage payments, with the 04/01/2012 coming due and $118.60 in suspense. The current mortgage payment amount due each month is $1,490.87. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 05/04/2012, JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MORTGAGE LLC's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on April 4, 2012.

/s/ Maria Georgopoulos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-18739)**

NOTE: This law firm is deemed to be a debt collector.